1  Eva M. Weiler (SBN: 233942)
   eweiler@shb.com
2  Matthew J. Vanis (SBN: 210706)
   mvanis@shb.com
3  SHOOK, HARDY & BACON LLP
   Jamboree Center
4  5 Park Plaza, Suite 1600
   Irvine, California 92614-2546
5  Telephone: 949-475-1500
   Facsimile: 949-475-0016
6
7  Attorneys for Defendant
   Boston Scientific Corporation
8
9  Alan S. Lazar (SBN: 125820)
   alazar@marlinsaltzman.com
10 Bradley R. Fagnani (SBN: 261330)
   bfagnani@marlinsaltzman.com
11 MARLIN SALTZMAN LLP
   29800 Agoura Road, Suite 210
12 Agoura Hills, California 91301
   Telephone: 818-991-8080
13 Facsimile: 818-991-8081

14 Attorneys for Plaintiff Shirley Bailey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BAILEY, | Case No. 1:19-cv-00583-AWI-SAB |
| Plaintiff, | |
| v. | **JOINT DISCOVERY STIPULATION AND ORDER THEREON** |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendant. | |

Plaintiff Shirley Bailey and defendant Boston Scientific Corporation ("Boston Scientific"), by and through their respective attorneys, hereby agree and stipulate as follows:

1. Additional fact discovery should be permitted, as the proposed discovery involves issues fundamental to the case, will expedite trial proceedings, and promote

judicial and party efficiency. The parties have agreed upon the following supplemental discovery:

- Collection of update medical records
- Deposition of plaintiff
- Deposition of Dr. Richard Fightlin

2. The supplemental discovery shall be completed by November 22, 2019. Any discovery-related motions shall also be filed by November 22, 2019.

3. The parties agree that the opening of fact discovery is expressly limited in scope and time as outlined above.

**IT IS SO STIPULATED.**

Dated: July 3, 2019　　　　　　　　　　Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Matthew J. Vanis
　　Eva M. Weiler
　　Matthew J. Vanis
Attorneys for Defendant
Boston Scientific Corporation

Dated: July 3, 2019　　　　　　　　　　Respectfully submitted,

MARLIN SALTZMAN L.L.P.

By: /s/ Alan S. Lazar
(as authorized on July 2, 2019)
　　Alan S. Lazar
　　Bradley R. Fagnani
Attorneys for Plaintiff Shirley Bailey

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: August 6, 2019　　　　　　　_____
　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE