# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BAILEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00583-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 61)<br><br>SIXTY DAY DEADLINE |

　　　On September 20, 2019, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

　　　Accordingly, it is HEREBY ORDERED that:

　　　1.　　All pending matters and dates are VACATED; and

　　　2.　　The parties shall file dispositional documents within sixty (60) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: __September 20, 2019__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1