# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BAILEY,<br><br>  Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>  Defendant. | Case No. 1:19-cv-00583-AWI-SAB<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 63) |

A notice of settlement was filed in this action on September 20, 2019. On September 23, 2019, an order issued requiring the parties to file dispositive documents within sixty days. On November 22, 2019, a request was filed for an extension of time to file the dispositive documents.

Good cause appearing, IT IS HEREBY ORDERED that the request to extend the deadline for the parties to file dispositive documents is GRANTED and the parties shall file dispositive documents within **sixty (60) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: **November 25, 2019**

UNITED STATES MAGISTRATE JUDGE

1