# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BAILEY,<br><br>    Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>    Defendant. | Case No. 1:19-cv-00583-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER FOLLOWING SETTLEMENT OF THE ACTION<br><br>(ECF No. 64)<br><br>FIVE DAY DEADLINE |

On September 20, 2019, a notice of settlement of this action in its entirety was filed. (ECF No. 61.) On September 23, 2019, an order was filed requiring the parties to file dispositional documents within sixty days. (ECF No. 62.) On November 22, 2019, the parites requested an extension of time to file dispositive documents. (ECF No. 63.) On November 25, 2019, the request for an extension of time was granted and dispositive documents were to be filed within sixty days. (ECF No. 64.) More than sixty days have passed and dispositional documents have not been filed.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate,

1

including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that, within **five (5) days** of the date of entry of this order, the parties shall SHOW CAUSE in writing why this action should not be dismissed for their failure to comply with the Court's order as the matter has settled.

IT IS SO ORDERED.

Dated: **January 31, 2020**

_____
UNITED STATES MAGISTRATE JUDGE