| | |
|---|---|
| SHIRLEY BAILEY, | Case No. 1:19-cv-00583-AWI-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER REQUIRING PARTIES TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER FOLLOWING SETTLEMENT OF THE ACTION AND DIRECTING CLERK OF COURT TO CLOSE CASE AND REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendant. | |
| | (ECF Nos. 65, 67) |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On September 20, 2019, a notice of settlement of this action in its entirety was filed. (ECF No. 61.) On September 23, 2019, an order was filed requiring the parties to file dispositional documents within sixty days. (ECF No. 62.) On November 22, 2019, the parites requested an extension of time to file dispositive documents. (ECF No. 63.) On November 25, 2019, the request for an extension of time was granted and dispositive documents were to be filed within sixty days. (ECF No. 64.) On February 3, 2020, an order issued requiring the parties to show cause why this action should not be dismissed for failure to comply with a court order. (ECF No. 70.) On this same date, the parties filed a stipulation to dismiss this action with prejudice with the parties to bear their own costs.

1

In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs and the order to show cause shall be discharged.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause, filed February 3, 2020 is DISCHARGED; and
2. The Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **February 4, 2020**

_____
UNITED STATES MAGISTRATE JUDGE